A. J. BURNS V. THE STATE.

No. 10112.   Delivered April 14, 1926.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

This record contains neither a statement of facts, nor bill of exception, and there being nothing presented to this court for review, the judgment is affirmed.

Appeal from the District Court of Houston County.   Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction for the manufacture of intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the unlawful manufacture of intoxicating liquor, the punishment is one year in the penitentiary.

The record contains neither statement of facts nor bills of exception.   There being nothing presented to this court for review the judgment is affirmed.

*Affirmed.*